977 F.2d 571w
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Paul A. BLACKBURN, Petitioner,
v.
Lynn MARTIN, Secretary of Labor, United States Department of
Labor; Metric Constructors, Incorporated, Respondents.
 No. 91-2385.
 United States Court of Appeals,
Fourth Circuit.
 Argued: June 1, 1992
Decided: October 15, 1992
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION